**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**JOHN TOLBERT**,

      Plaintiff,

vs.                                         **CASE NO. 3:07-cv-368-J-16MCR**

**STATE FARM INSURANCE COMPANIES,**

      Defendant.

_____/

**O R D E R**

      This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed June 18, 2007 (Doc. #11). No objections have been filed to said Report; however, Plaintiff has filed a third Amended Complaint (Doc #12) on June 28, 2007. In reviewing Plaintiff's Third Amended Complaint, he fails to correct the deficiencies of the previous two complaints, said deficiencies clearly outlined in the Report and Recommendation entered by the Magistrate Judge in this case. Plaintiff has been given three opportunities to file a proper complaint and has failed to do so.

      **THEREFORE**, after an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation. Accordingly, it is now

      **ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice and Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc #2) is **DENIED.** The Clerk is directed to close this case.

      **DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 13th day of July, 2007.

Copies to:    Counsel of record
                 Pro Se Parties

JOHN H. MOORE II
United States District Judge